IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

ROBERT GEORGE BRIGANCE,

    Petitioner,                    No. CIV S-03-0963 GEB CMK P

   vs.

MIKE KNOWLES, Warden, et al.,

    Respondent.                  ORDER

_____/

       Petitioner is a state prisoner proceeding pro se with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254. Petitioner challenges a 2000 judgment of conviction entered in the Sacramento County Superior Court after a jury found him guilty of murder (Pen. Code, § 187(a)). After respondents filed their answer, the Supreme Court decided <u>Crawford v. Washington</u>, 541 U.S. 36 (2004). In <u>Crawford</u>, the Court held that the Confrontation Clause prohibits out-of-court statements that are testimonial unless the witnesses are unavailable and defendants have had a prior opportunity to cross-examine them. <u>Id</u>. The petitioner cites to the <u>Crawford</u> decision in his traverse.

       Accordingly, this court grants respondents twenty days from the date of this order to file supplemental briefing regarding this new case and its application to this case.

DATED:  May 2, 2005.

                                                    /s/  **CRAIG M. KELLISON**
                                                    Craig M. Kellison
                                                    UNITED STATES MAGISTRATE JUDGE