1

2

3

4

5

6

7

8         IN THE UNITED STATES DISTRICT COURT

9        FOR THE EASTERN DISTRICT OF CALIFORNIA

10

**ROBERT GEORGE BRIGANCE,**                    CIV S-03-0963 GEB CMK P

11
                                    Petitioner,
12                                              **ORDER**

    **v.**
13
    **MIKE KNOWLES, Warden, et al.,**
14
                                    Respondent.
15

16

17         GOOD CAUSE appearing, IT IS HEREBY ORDERED THAT Respondent's supplemental

18   briefing be filed on or before June 21, 2005.

19
     DATED:   May 25, 2005.
20

21

22         **CRAIG M. KELLISON**
           UNITED STATES MAGISTRATE JUDGE
23

24

25

26

27

28