IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT GEORGE BRIGANCE, | 2:03-cv-0963-GEB-CMK-P |
| Petitioner, | |
| vs. | <u>ORDER</u> |
| MIKE KNOWLES, et al., | |
| Respondents. | |
| _____/ | |

      Petitioner is a state prisoner who filed this action seeking a petition for a writ of habeas corpus under 28 U.S.C. § 2254.  Pending are Petitioner's requests for a certificate of appealability and for appointment of counsel, both filed September 29, 2006.  Although Petitioner was represented by attorney Victor S. Haltom in this action, an ambiguity exists as to whether Petitioner is currently represented by counsel since the captions of Petitioner's Notice of Appeal and Request for Appointment of Counsel identify him as proceeding "In Propria Persona" but both documents, as well as Petitioner's Application for a Certificate of Appealability, are all signed by Petitioner's attorney of record.  Mr. Haltom has not filed a notice of withdrawal.

      Petitioner filed a notice of appeal of a final judgment entered on September 27,

1

2006, and the Order denying his application for a writ of habeas corpus under 28 U.S.C. § 2254. Before Petitioner can appeal this decision, a certificate of appealability must issue. See 28 U.S.C. § 2253(c); Fed. R. App. P. 22(b). A certificate of appealability may issue under 28 U.S.C. § 2253 "only if the applicant has made a substantial showing of the denial of a constitutional right." 28 U.S.C. § 2253(c)(2). The court must either issue a certificate of appealability indicating which issues satisfy the required showing or must state the reasons why such a certificate should not issue. See Fed. R. App. P. 22(b).

For the reasons stated in the Order filed September 27, 2006, a certificate of appealability will not issue.

Petitioner's request for appointment of counsel is denied since it is unclear whether he is currently represented by counsel and he has not shown he is "unable to afford counsel." 28 U.S.C. § 1915(e)(1).

IT IS SO ORDERED.

Dated: October 18, 2006

/s/ Garland E. Burrell, Jr.
GARLAND E. BURRELL, JR.
United States District Judge